## JOHN H. GOWAN v. WILLIAM G. McADOO.[1]

July 11, 1919.

No. 21,280.

**Case followed.**

From an order of the district court for Carlton county, Dancer, J., denying its motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. From an order, Dancer, J., substituting William G. McAdoo, Director General of Railroads, as defendant, and dismissing the action as to the Northern Pacific Railway Company, plaintiff appealed. Order denying defendant's motion affirmed; order substituting Director General of Railroads reversed.

*Tautges, Bissell & Wilder,* for plaintiff.
*Charles Donnelly* and *D. F. Lyons,* for defendants.

PER CURIAM.

Appeal by defendant from an order denying a motion for a new trial and by plaintiff from an order dismissing the action as to the Northern Pacific Railway Company and substituting William G. McAdoo, as Director General of Railroads, as defendant.

The disposition of both appeals in this action is controlled by the decision in Gowan v. McAdoo, supra, page 227, 173 N. W. 440.

The order denying defendant's motion for a new trial is affirmed. The order substituting the Director General of Railroads for the original defendant is reversed.